# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. CR508-018-1 |
| ) | |
| MICHAEL S. MEECE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

It has come to the Court's attention that when counsel for defendant electronically filed his objection to the magistrate judge's order denying reconsideration of bond, he mistakenly coded the filing as an "appeal," thus triggering the $32 fee applicable to such filings. Accordingly, the Court **DIRECTS** the Clerk to correct the docket sheet to reflect that the filing was an objection, not an appeal, and further **DIRECTS** that the $32 fee be refunded to counsel.

**SO ORDERED** this 5th day of March, 2009.

/s/ G.R. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA